UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN A. WALCOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13693** |
| **STATE OF LOUISIANA** | **SECTION D (3)** |

## ORDER

The Court, having reviewed *de novo* the Petition,[1] the State's Response to the Petition,[2] Petitioner's Opposition to the Response,[3] the record, the applicable law, the Findings and Recommendations of the United States Magistrate Judge,[4] and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendations, hereby approves the Findings and Recommendations of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the federal Petition filed by Stephen A. Walcott[5] is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 9th day of September, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1; R. Doc. 4.
[2] R. Doc. 13.
[3] R. Doc. 15.
[4] R. Doc. 18.
[5] R. Doc. 8.